NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS

## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

FRANK SILVA ROQUE, *Petitioner*.

No. 1 CA-CR 14-0717 PRPC
FILED 11-15-2016

Petition for Review from the Superior Court in Maricopa County
No. CR2001-095385
The Honorable Mark F. Aceto, Retired Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Frank Silva Roque, Buckeye
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Kenton D. Jones delivered the decision of the Court, in which Judge Randall M. Howe and Judge Donn Kessler joined.

**J O N E S**, Judge:

¶1 Petitioner Frank Silva Roque petitions this court for review from the summary dismissal of his notice of post-conviction relief filed August 15, 2014. Roque argues the Arizona Supreme Court erred when it addressed a disclosure issue in his case on direct appeal in 2006. *See State v. Roque*, 213 Ariz. 193, 209-11, ¶¶ 41, 48-50, 52 (2006). Roque asks this court to correct the supreme court's opinion and order a new trial.

¶2 We deny relief because Roque has failed to present a cognizable claim pursuant to Arizona Rule of Criminal Procedure 32.1 or otherwise present a colorable claim for relief. This Court has no authority to overrule, modify, or disregard a decision of the Arizona Supreme Court. *Myers v. Reeb*, 190 Ariz. 341, 342 (App. 1997) ("Whether prior decisions of the Arizona Supreme Court are to be disaffirmed is a question for that court.") (quoting *City of Phx. v. Leroy's Liquors, Inc.*, 177 Ariz. 375, 378 (App. 1993)).

¶3 We grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED: AA